**MERANZE AND KATZ, P.C.**  **Counsel for Plaintiffs**
By:  Claiborne S. Newlin, Esquire
Identification No.:  4745
1225 King Street, Suite 800
Wilmington, DE 19801
Tel. (302) 655-5510
Fax:  215 790-1382

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS, ASBESTOS WORKERS LOCAL NO. 42<br>1188 River Road<br>New Castle, DE 19720 | **CIVIL ACTION**<br><br>NO.:_____ |
| and | |
| SIMONE ROCKSTROH, FUND ADMINISTRATOR<br>c/o Carday Associates, Inc.<br>7130 Columbia Gateway, Suite A<br>Columbia, MD 21406 , on behalf of | |
| and | |
| ASBESTOS WORKERS LOCAL NO. 42 PENSION FUND<br>1188 River Road<br>New Castle, DE 19720 | |
| and | |
| ASBESTOS WORKERS LOCAL NO. 42 APPRENTICESHIP FUND<br>1188 River Road<br>New Castle, DE 19720 | |
| Plaintiffs, | |
| v. | |
| A. GALLO CONTRACTORS, INC.<br>427 Glendale Avenue<br>Maple Shade, NJ 08052<br>Defendant. | |

# COMPLAINT

## PARTIES

1.    Plaintiff International Association of Heat and Frost Insulators and Asbestos Workers Local Union No. 41 (Union is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. §29 U.S.C. §152(5), and Section 301(a) of the Labor Management Relations Act (>MRA, 29 U.S.C. §125(a), with its principal office at 1188 River Road, New Castle, Delaware 19809.

2.    Plaintiff, Simone Rockstroh ("Rockstroh") is the administrator for the Asbestos Workers Union No. 42 Welfare Fund (Welfare Fund), and employee welfare plan within the meaning of Section 2(1) and (3) of ERISA, 29 U.S.C. §1002(1) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 7130 Columbia Gateway Drive, Suite A, Columbia, MD 21046.

3.    Plaintiff, Rockstroh is the administrator for the Asbestos Workers Union No. 42 Joint Apprenticeship Fund (Apprenticeship Fund), and employee training plan within the meaning of Section 2(2) and (3) of ERISA, 29 U.S.C. §1002(2) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 7130 Columbia Gateway Drive, Suite A, Columbia, MD 21046.

4.    Plaintiff, Rockstroh, is the administrator for the Asbestos Workers Union No. 42 Pension Fund (Pension Fund), and employee pension plan within the meaning of Section 2(2) and (3), and Section 2(37) of ERISA, 29 U.S.C. §1002(37), with its principal office at c/o Carday Associates, 7130 Columbia Gateway Drive, Suite A, Columbia, MD 21046.

5.    Plaintiff, Rockstroh brings this action as the administrator of the aforereferenced Funds and on behalf of the participants and beneficiaries of the said Funds.

6.     Defendant A. Gallo Contractors, Inc. ("Gallo") is believed and therefore averred to be a corporation organized and existing under the laws of the State of New Jersey. Defendant Gallo is an employer within the meaning of Section 2(2) of the National Labor Relations Act, 29 U.S.C. §152(2) and Section 301(a) of the Labor-Management Relations Act. 29 U.S.C. §185(a). Defendant Gallo is an employer within the meaning of §2(5) of ERISA, 29 U.S.C. §1002(5) and within the meaning of Section 515, of ERISA, 29 U.S.C. §1145, with its principal place of business located at 427 Glendale Avenue, Maple Shade, NJ 08052.

## JURISDICTION AND VENUE

7.     Jurisdiction of the Court is invoked pursuant to Section 301(c) of the LMRA, 29 U.S.C. §185(c), and Section 502(a) (3) of ERISA, 29 U.S.C. §1132(a) (3), and 28 U.S.C. §§1131 and 1337 providing for original jurisdiction in the District Courts of the United States Civil Actions that arise out of Acts of Congress regulating commerce.

8.     Venue in the United States District Court for the District of Delaware is proper pursuant to Section 301(c) of the LMRA, 29 U.S.C. §185(c), and Section 502(e) (2) of ERISA, 29 U.S.C. §1132(e) (2) since the underlying work which gave rise to the original delinquency was performed in the State of Delaware and the related judgment upon which Plaintiffs seek to attribute liability to Gallo was obtained in this District.

## FACTS

9.     On June 26, 2003, Plaintiffs filed a complaint in the United States District Court for the District of Delaware (Civil Action No. 03-233) against Tempco Insulation Corporation ("Tempco") to recover unpaid benefit fund contributions, interest, liquidated damages, attorney's fees and costs owed to Plaintiffs.

10. On June 10, 2004, the Hon. Kent A. Jordan entered an Order awarding judgment in favor of the Plaintiffs and against the Defendant Tempco in the amount of $15,645.42.

11. It is believed and therefore averred that Gallo is a disguised continuance of Tempco, established to avoid Tempco's obligations to these Plaintiffs, as well as other similar situated Plaintiffs in other litigation matters.

12. In March, 2003, Tempco went out of business.

13. In 2003, Gallo went into business.

14. Both Tempco and Gallo performed work in the insulation industry.

15. Gary Love was a Vice President of Tempco who performed project management duties for that company.

16. Gary Love is the project manager for Gallo.

17. The President of Gallo is Julia Love, the wife of Gary Love.

18. Gary Love and Julia Love reside at 427 Glendale Avenue, Maple Shade, New Jersey, the business address for Gallo.

19. Gallo has employed former employees of Tempco.

20. Gallo has serviced former customers of Tempco.

21. Gallo has utilized equipment previously belonging to Tempco.

22. Gallo and Tempco are alter egos and Gallo is therefore liable for the debts of Tempco.

WHEREFORE, Plaintiffs seek judgment on their own behalf, and on behalf of their participants and against Gallo as follows:

a) judgment against Defendant in the amount of $15,645.42;

b) appropriate interest thereon;

5

    c)    costs and reasonable attorney's fees;

    d)    such other and further relief as the Court deems just and proper.

Respectfully submitted,

MERANZE AND KATZ, P.C.

Date: 4/7/08

By: s/ Claiborne S. Newlin
CLAIBORNE S. NEWLIN, ESQUIRE
1225 King Street, Suite 800
Wilmington, DE 19801
Tel. (302) 655-5510
Fax (215 790-1382
E-Mail: csn@meranzekatz.com

Counsel for Plaintiffs

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Please see attached.

### DEFENDANTS
Please see attached.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Please see attached.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Claiborne S. Newlin, Esquire   (215) 546-4183 (Tel.)
Meranze and Katz, P.C.
1225 King St., Suite 800, Wilmington, DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
§301 of LMRA, 29 U.S.C. §185 and §502 of ERISA, 29 U.S.C §1132. This
Brief description of cause: is a suit to collect delinquent contributions of an employer on behalf of a union & multi-employer employee benefit fund.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Kent A. Jordan
DOCKET NUMBER 03-233

DATE 4/7/08

SIGNATURE OF ATTORNEY OF RECORD
X _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS, ASBESTOS WORKERS LOCAL NO. 42<br>1188 River Road<br>New Castle, DE 19720<br><br>and<br><br>SIMONE ROCKSTROH, FUND ADMINISTRATOR<br>c/o Carday Associates, Inc.<br>7130 Columbia Gateway, Suite A<br>Columbia, MD 21406 , on behalf of<br><br>and<br><br>ASBESTOS WORKERS LOCAL NO. 42 PENSION FUND<br>1188 River Road<br>New Castle, DE 19720<br><br>and<br><br>ASBESTOS WORKERS LOCAL NO. 42 APPRENTICESHIP FUND<br>1188 River Road<br>New Castle, DE 19720<br>                      Plaintiffs,<br><br>    v.<br><br>A. GALLO CONTRACTORS, INC.<br>427 Glendale Avenue<br>Maple Shade, NJ 08052<br>                      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |